**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 8 MAL 2016
                                 :
          Respondent           :
                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
          v.                   :
                                 :
                                 :
EMMETT M. LOCKHART,           :
                                 :
          Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

       Justice Wecht did not participate in the consideration or decision of this matter.